

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

May 31, 1977

The Honorable Ann L. Postma
County Attorney
Childress County
P. O. Box 589
Childress, Texas 79201

Opinion No. H-1005

Re: Maintenance and des-
truction of hospital dis-
trict records.

Dear Ms. Postma:

You have requested our opinion concerning the medical
and financial records of a hospital district. Your questions
may be paraphrased as follows:

1.  Whether the records of Childress County
    Hospital District are public records.

2.  Whether the records of Childress County
    Hospital District may be destroyed or
    disposed of pursuant to article 6574b,
    § 4, V.T.C.S.

Article 6574b, V.T.C.S., provides for the duplication
and destruction of "public records" by the "governing body
of any political subdivision of Texas." A hospital district
is such a political subdivision. Bexar County Hospital
District v. Crosby, 327 S.W.2d 445 (Tex. 1959); Attorney
General Opinions M-510 (1969); WW-886 (1960). A "public
record" has been defined as:

> a written memorial made by a public
> officer authorized by law to perform
> that function and intended to serve
> as something written, said, or done.

Nogueira v. State, 59 S.W.2d 831, 832 (Tex. Crim. App. 1933);
Attorney General Opinion M-1240 (1972). In our view the
medical and financial records of a hospital district would
generally come within this definition. Of course, a "public
record" under article 6574b is not necessarily a "public

record" under the Open Records Act, V.T.C.S. art. 6252-17a, and nothing in this opinion is intended to address the access of the public to any particular records maintained by a hospital district.

Since the records of a hospital district are within the operation of article 6574b, in our opinion such records may be duplicated and destroyed pursuant to its provisions. Records may be destroyed only after duplication and only after such records are at least five years old and after notice has been given to the State Librarian.  V.T.C.S. art. 6574b, § 4; Attorney General Opinion H-852 (1976).

## S U M M A R Y

Article 6574b, V.T.C.S., provides the procedure for the duplication and destruction of records of a hospital district.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

kml